IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

MEHRDAD FOTOOHIGHIAM,        )
                             )
            Plaintiff,       )
                             )
    vs.                      )        Case No.:  2:24-CV-04182-MDH
                             )
THE CITY OF COLUMBIA, MISSOURI, et al.,  )
                             )
            Defendants.      )

**ANSWER OF DEFENDANT CITY OF COLUMBIA AND
DEFENDANT DESIGNATED AS "COLUMBIA POLICE DEPARTMENT"**

COMES NOW Defendant City of Columbia as well as the Defendant designated as "Columbia Police Department" (hereinafter "Answering Defendants"), by and through their undersigned counsel of record, and for their Answer to Plaintiff's Complaint (Doc. No. 1) state and allege to the Court as follows.

1.      Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 1 of the Complaint and, therefore, deny same.

2.      Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 2 of the Complaint and, therefore, deny same.

3.      Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 3 of the Complaint and, therefore, deny same.

4.     Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 4 of the Complaint and, therefore, deny same.

5.     To the extent paragraph 5 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 5 of the Complaint and, therefore, deny same.

6.     To the extent paragraph 6 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 6 of the Complaint and, therefore, deny same.

7.     Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 7 of the Complaint and, therefore, deny same.

8.     To the extent paragraph 8 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 8 of the Complaint and, therefore, deny same.

9.      Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 9 of the Complaint and, therefore, deny same.

10.     Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 10 of the Complaint and, therefore, deny same.

11.     Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 11 of the Complaint and, therefore, deny same.

12.     Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 12 of the Complaint and, therefore, deny same.

13.     To the extent paragraph 13 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 13 of the Complaint and, therefore, deny same.

14.     To the extent paragraph 14 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 14 of the Complaint and, therefore, deny same.

15.     Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 15 of the Complaint and, therefore, deny same.

16.     Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 16 of the Complaint and, therefore, deny same.

17.     Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 17 of the Complaint and, therefore, deny same.

18.     Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 18 of the Complaint and, therefore, deny same.

19.     Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 19 of the Complaint and, therefore, deny same.

20.     Answering Defendants admit the City of Columbia is a municipal entity existing under the laws of the State of Missouri but are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 20 of the Complaint and, therefore, deny same.

21.     Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 21 of the Complaint and, therefore, deny same.

22.     Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 22 of the Complaint and, therefore, deny same.

23.     Answering Defendants deny the allegations made or contained in paragraph 23 of the Complaint.

24.     Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 24 of the Complaint and, therefore, deny same.

25.     Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 25 of the Complaint and, therefore, deny same.

26.     Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 26 of the Complaint and, therefore, deny same.

27.     Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 27 of the Complaint and, therefore, deny same.

28.     Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 28 of the Complaint and, therefore, deny same.

29.     Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 29 of the Complaint and, therefore, deny same.

30.     Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 30 of the Complaint and, therefore, deny same.

31.     Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 31 of the Complaint and, therefore, deny same.

32.     Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 32 of the Complaint and, therefore, deny same.

33.     Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 33 of the Complaint and, therefore, deny same.

34.     Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 34 of the Complaint and, therefore, deny same.

35.     Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 35 of the Complaint and, therefore, deny same.

36.     Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 36 of the Complaint and, therefore, deny same.

37.     Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 37 of the Complaint and, therefore, deny same.

38.     Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 38 of the Complaint and, therefore, deny same.

39.     Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 39 of the Complaint and, therefore, deny same.

40.     Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 40 of the Complaint and, therefore, deny same.

41.     Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 41 of the Complaint and, therefore, deny same.

42.     Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 42 of the Complaint and, therefore, deny same.

43.     To the extent paragraph 43 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 43 of the Complaint and, therefore, deny same.

44. Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 44 of the Complaint and, therefore, deny same.

45. To the extent paragraph 45 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 45 of the Complaint and, therefore, deny same.

46. Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 46 of the Complaint and, therefore, deny same.

47. Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 47 of the Complaint and, therefore, deny same.

48. Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 48 of the Complaint and, therefore, deny same.

49. To the extent paragraph 49 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 49 of the Complaint and, therefore, deny same.

50.     To the extent paragraph 50 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 50 of the Complaint and, therefore, deny same.

51.     To the extent paragraph 51 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 51 of the Complaint and, therefore, deny same.

52.     Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 52 of the Complaint and, therefore, deny same.

53.     To the extent paragraph 53 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 53 of the Complaint and, therefore, deny same.

54.     Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 54 of the Complaint and, therefore, deny same.

55.     Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 55 of the Complaint and, therefore, deny same.

56.     Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 56 of the Complaint and, therefore, deny same.

57.     Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 57 of the Complaint and, therefore, deny same.

58.     Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 58 of the Complaint and, therefore, deny same.

59.     Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 59 of the Complaint and, therefore, deny same.

60.     Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 60 of the Complaint and, therefore, deny same.

61.     Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 61 of the Complaint and, therefore, deny same.

62.     Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 62 of the Complaint and, therefore, deny same.

63.     Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 63 of the Complaint and, therefore, deny same.

64.     Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 64 of the Complaint and, therefore, deny same.

65.     Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 65 of the Complaint and, therefore, deny same.

66.     Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 66 of the Complaint and, therefore, deny same.

67.     To the extent paragraph 67 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 67 of the Complaint and, therefore, deny same.

68.     To the extent paragraph 68 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny

the balance of the allegations, matters and averments made or contained in paragraph 68 of the Complaint and, therefore, deny same.

69.     To the extent paragraph 69 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 69 of the Complaint and, therefore, deny same.

70.     To the extent paragraph 70 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 70 of the Complaint and, therefore, deny same.

71.     Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 71 of the Complaint and, therefore, deny same.

72.     To the extent paragraph 72 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 72 of the Complaint and, therefore, deny same.

73.     Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 73 of the Complaint and, therefore, deny same.

74.     Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 74 of the Complaint and, therefore, deny same.

75.     Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 75 of the Complaint and, therefore, deny same.

76.     Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 76 of the Complaint and, therefore, deny same.

77.     To the extent paragraph 77 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 77 of the Complaint and, therefore, deny same.

78.     To the extent paragraph 78 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 78 of the Complaint and, therefore, deny same.

79.     To the extent paragraph 79 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny

the balance of the allegations, matters and averments made or contained in paragraph 79 of the Complaint and, therefore, deny same.

80.     Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 80 of the Complaint and, therefore, deny same.

81.     Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 81 of the Complaint and, therefore, deny same.

82.     Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 82 of the Complaint and, therefore, deny same.

83.     Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 83 of the Complaint and, therefore, deny same.

84.     Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 84 of the Complaint and, therefore, deny same.

85.     To the extent paragraph 85 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 85 of the Complaint and, therefore, deny same.

86. Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 86 of the Complaint and, therefore, deny same.

87. Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 87 of the Complaint and, therefore, deny same.

88. Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 88 of the Complaint and, therefore, deny same.

89. To the extent paragraph 89 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 89 of the Complaint and, therefore, deny same.

90. Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 90 of the Complaint and, therefore, deny same.

91. Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 91 of the Complaint and, therefore, deny same.

92. Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 92 of the Complaint and, therefore, deny same.

93.     Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 93 of the Complaint and, therefore, deny same.

94.     To the extent paragraph 94 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 94 of the Complaint and, therefore, deny same.

95.     To the extent paragraph 95 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 95 of the Complaint and, therefore, deny same.

96.     To the extent paragraph 96 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 96 of the Complaint and, therefore, deny same.

97.     To the extent paragraph 97 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 97 of the Complaint and, therefore, deny same.

98.     To the extent paragraph 98 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 98 of the Complaint and, therefore, deny same.

99.     To the extent paragraph 99 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 99 of the Complaint and, therefore, deny same.

100.    To the extent paragraph 100 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 100 of the Complaint and, therefore, deny same.

101.    Answering Defendants deny each and every other allegation, matter and averment made or contained in paragraphs 1 through 100 of the Complaint.

## COUNT I

102.    To the extent paragraph 101 of Count I of the Complaint incorporates by reference the foregoing paragraphs of said Complaint, Answering Defendants incorporate herewith their responses to said paragraphs as set forth in this Answer as though said responses had been set forth at length herein.

103.    Answering Defendants deny the allegations made or contained in paragraph 102 of the Complaint.

104.    Answering Defendants deny the allegations made or contained in paragraph 103 of the Complaint.

105.    Answering Defendants deny the allegations made or contained in paragraph 104 of the Complaint.

106.    Answering Defendants deny the allegations made or contained in paragraph 105 of the Complaint.

107.    Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 106 of the Complaint and, therefore, deny same.

108.    Answering Defendants deny the allegations made or contained in paragraph 107 of the Complaint.

109.    Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 108 of the Complaint and, therefore, deny same.

110.    Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 109 of the Complaint and, therefore, deny same.

111.    Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 110 of the Complaint and, therefore, deny same.

112.    Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 111 of the Complaint and, therefore, deny same.

113.    Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 112 of the Complaint and, therefore, deny same.

114.    Answering Defendants deny the allegations made or contained in paragraph 113 of the Complaint.

115.    Answering Defendants deny the allegations made or contained in paragraph 114 of the Complaint.

116.    Answering Defendants deny the allegations made or contained in paragraph 115 of the Complaint.

117.    Answering Defendants deny the allegations made or contained in paragraph 116 of the Complaint.

118.    Answering Defendants deny the allegations made or contained in paragraph 117 of the Complaint.

119.    Answering Defendants deny the allegations made or contained in paragraph 118 of the Complaint.

120.    Answering Defendants deny the allegations made or contained in paragraph 119 of the Complaint.

121.    Answering Defendants deny the allegations made or contained in paragraph 120 of the Complaint.

122. Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 121 of the Complaint and, therefore, deny same.

123. Answering Defendants deny the allegations made or contained in paragraph 122 of the Complaint.

124. Answering Defendants deny the allegations made or contained in paragraph 123 of the Complaint.

125. Answering Defendants deny each and every other allegation, matter and averment made or contained in Count I of the Complaint not specifically and previously admitted herein.

126. Answering Defendants incorporate herewith that portion of this Answer entitled "Affirmative Defenses" as though said affirmative defenses had been set forth at length herein.

WHEREFORE, having fully answered Count I of the Complaint, Answering Defendants respectfully pray to be henceforth dismissed, awarded their costs and expenses herein incurred and expended, together with such other and further relief as this Court deems just and appropriate.

## COUNT II

127. To the extent paragraph 124 of Count II of the Complaint incorporates by reference the foregoing paragraphs of the Complaint, Answering Defendants incorporate herewith their responses to said paragraphs as set forth in this Answer as though said responses had been set forth at length herein.

128. Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 125 of the Complaint and, therefore, deny same.

129.    Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 126 of the Complaint and, therefore, deny same.

130.    Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 127 of the Complaint and, therefore, deny same.

131.    Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 128 of the Complaint and, therefore, deny same.

132.    Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 129 of the Complaint and, therefore, deny same.

133.    Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 130 of the Complaint and, therefore, deny same.

134.    Answering Defendants deny each and every other allegation, matter and averment made or contained in Count II of the Complaint not specifically and previously admitted herein.

135.    Answering Defendants incorporate herewith that portion of this Answer entitled "Affirmative Defenses" as though said affirmative defenses had been set forth at length herein.

WHEREFORE, having fully answered Count II of the Complaint, Answering Defendants respectfully pray to be henceforth dismissed, awarded their costs and expenses herein incurred and expended, together with such other and further relief as this Court deems just and appropriate.

## COUNT III

136. To the extent paragraph 131 of Count III of the Complaint incorporates by reference the foregoing paragraphs of said Complaint, Answering Defendants incorporate herewith their responses to said paragraphs as set forth in this Answer as though said responses had been set forth at length herein.

137. To the extent paragraph 132 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 132 of the Complaint and, therefore, deny same.

138. To the extent paragraph 133 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 133 of the Complaint and, therefore, deny same.

139. To the extent paragraph 134 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 134 of the Complaint and, therefore, deny same.

140. To the extent paragraph 135 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny

the balance of the allegations, matters and averments made or contained in paragraph 135 of the Complaint and, therefore, deny same.

141.    Answering Defendants deny each and every other allegation, matter and averment made or contained in Count III of the Complaint not specifically and previously admitted herein.

142.    Answering Defendants incorporate herewith that portion of this Answer entitled "Affirmative Defenses" as though said affirmative defenses had been set forth at length herein.

WHEREFORE, having fully answered Count III of the Complaint, Answering Defendants respectfully pray to be henceforth dismissed, awarded their costs and expenses herein incurred and expended, together with such other and further relief as this Court deems just and appropriate.

## COUNT IV

143.    To the extent paragraph 136 of Count IV of the Complaint incorporates by reference the foregoing paragraphs of said Complaint, Answering Defendants incorporate herewith their responses to said paragraphs as set forth in this Answer as though said responses had been set forth at length herein.

144.    To the extent paragraph 137 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 137 of the Complaint and, therefore, deny same.

145.    To the extent paragraph 138 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny

the balance of the allegations, matters and averments made or contained in paragraph 138 of the Complaint and, therefore, deny same.

146.    To the extent paragraph 139 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 139 of the Complaint and, therefore, deny same.

147.    Answering Defendants deny each and every other allegation, matter and averment made or contained in Count IV of the Complaint not specifically and previously admitted herein.

148.    Answering Defendants incorporate herewith that portion of this Answer entitled "Affirmative Defenses" as though said affirmative defenses had been set forth at length herein.

WHEREFORE, having fully answered Count IV of the Complaint, Answering Defendants respectfully pray to be henceforth dismissed, awarded their costs and expenses herein incurred and expended, together with such other and further relief as this Court deems just and appropriate.

## COUNT V

149.    To the extent paragraph 140 of Count V of the Complaint incorporates the preceding paragraphs of said Complaint, Answering Defendants incorporate herewith their responses to said paragraphs as set forth in this Answer as though said responses had been set forth at length herein.

150.    To the extent paragraph 141 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 141 of the Complaint and, therefore, deny same.

151. To the extent paragraph 142 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 142 of the Complaint and, therefore, deny same.

152. To the extent paragraph 143 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 143 of the Complaint and, therefore, deny same.

153. To the extent paragraph 144 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 144 of the Complaint and, therefore, deny same.

154. To the extent paragraph 145 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 145 of the Complaint and, therefore, deny same.

155. To the extent paragraph 146 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny

the balance of the allegations, matters and averments made or contained in paragraph 146 of the Complaint and, therefore, deny same.

156.    To the extent paragraph 147 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 147 of the Complaint and, therefore, deny same.

157.    To the extent paragraph 148 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 148 of the Complaint and, therefore, deny same.

158.    To the extent paragraph 149 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 149 of the Complaint and, therefore, deny same.

159.    To the extent paragraph 150 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 150 of the Complaint and, therefore, deny same.

160.    To the extent paragraph 151 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 151 of the Complaint and, therefore, deny same.

161.    To the extent paragraph 152 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 152 of the Complaint and, therefore, deny same.

162.    To the extent paragraph 153 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 153 of the Complaint and, therefore, deny same.

163.    Answering Defendants deny each and every other allegation, matter and averment made or contained in Count V of the Complaint not specifically and previously admitted herein.

164.    Answering Defendants incorporate herewith that portion of this Answer entitled "Affirmative Defenses" as though said affirmative defenses had been set forth at length herein.

WHEREFORE, having fully answered Count V of the Complaint, Answering Defendants respectfully pray to be henceforth dismissed, awarded their costs and expenses herein incurred and expended, together with such other and further relief as this Court deems just and appropriate.

**COUNT VI**

165.    To the extent paragraph 154 of Count VI of the Complaint incorporates by reference the foregoing paragraphs of said Complaint, Answering Defendants incorporate herewith their responses to said paragraphs as set forth in this Answer as though said responses had been set forth at length herein.

166.    To the extent paragraph 155 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 155 of the Complaint and, therefore, deny same.

167.    To the extent paragraph 156 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 156 of the Complaint and, therefore, deny same.

168.    To the extent paragraph 157 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 157 of the Complaint and, therefore, deny same.

169.    To the extent paragraph 158 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny

the balance of the allegations, matters and averments made or contained in paragraph 158 of the Complaint and, therefore, deny same.

170.    To the extent paragraph 159 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 159 of the Complaint and, therefore, deny same.

171.    To the extent paragraph 160 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 160 of the Complaint and, therefore, deny same.

172.    To the extent paragraph 161 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 161 of the Complaint and, therefore, deny same.

173.    To the extent paragraph 162 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 162 of the Complaint and, therefore, deny same.

174. To the extent paragraph 163 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 163 of the Complaint and, therefore, deny same.

175. To the extent paragraph 164 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 164 of the Complaint and, therefore, deny same.

176. Answering Defendants deny each and every other allegation, matter and averment made or contained in Count VI of the Complaint not specifically and previously admitted herein.

177. Answering Defendants incorporate herewith that portion of this Answer entitled "Affirmative Defenses" as though said affirmative defenses had been set forth at length herein.

WHEREFORE, having fully answered Count VI of the Complaint, Answering Defendants respectfully pray to be henceforth dismissed, awarded their costs and expenses herein incurred and expended, together with such other and further relief as this Court deems just and appropriate.

## COUNT VII

178. To the extent paragraph 165 of Count VII of the Complaint incorporates by reference the foregoing paragraphs of said Complaint, Answering Defendants incorporate herewith their responses to said paragraphs as set forth in this Answer as though said responses had been set forth at length herein.

179.    Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 166 of the Complaint and, therefore, deny same.

180.    To the extent paragraph 167 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 167 of the Complaint and, therefore, deny same.

181.    To the extent paragraph 168 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 168 of the Complaint and, therefore, deny same.

182.    To the extent paragraph 169 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 169 of the Complaint and, therefore, deny same.

183.    To the extent paragraph 170 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 170 of the Complaint and, therefore, deny same.

184.    To the extent paragraph 171 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 171 of the Complaint and, therefore, deny same.

185.    To the extent paragraph 172 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 172 of the Complaint and, therefore, deny same.

186.    To the extent paragraph 173 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 173 of the Complaint and, therefore, deny same.

187.    To the extent paragraph 174 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 174 of the Complaint and, therefore, deny same.

188.    To the extent paragraph 175 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny

the balance of the allegations, matters and averments made or contained in paragraph 175 of the Complaint and, therefore, deny same.

189.    To the extent paragraph 176 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 176 of the Complaint and, therefore, deny same.

190.    To the extent paragraph 177 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 177 of the Complaint and, therefore, deny same.

191.    Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 178 of the Complaint and, therefore, deny same.

192.    To the extent paragraph 179 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 179 of the Complaint and, therefore, deny same.

193.    To the extent paragraph 180 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny

the balance of the allegations, matters and averments made or contained in paragraph 180 of the Complaint and, therefore, deny same.

194.     To the extent paragraph 181 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 181 of the Complaint and, therefore, deny same.

195.     Answering Defendants deny each and every other allegation, matter and averment made or contained in Count VII of the Complaint not specifically and previously admitted herein.

196.     Answering Defendants incorporate herewith that portion of this Answer entitled "Affirmative Defenses" as though said affirmative defenses had been set forth at length herein.

WHEREFORE, having fully answered Count VII of the Complaint, Answering Defendants respectfully pray to be henceforth dismissed, awarded their costs and expenses herein incurred and expended, together with such other and further relief as this Court deems just and appropriate.

## COUNT VIII

197.     To the extent paragraph 182 of Count VIII of the Complaint incorporates by reference the foregoing paragraphs of said Complaint, Answering Defendants incorporate herewith their responses to said paragraphs as set forth in this Answer as though said responses had been set forth at length herein.

198.     Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 183 of the Complaint and, therefore, deny same.

199.    Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 184 of the Complaint and, therefore, deny same.

200.    Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 185 of the Complaint and, therefore, deny same.

201.    To the extent paragraph 186 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 186 of the Complaint and, therefore, deny same.

202.    Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 187 of the Complaint and, therefore, deny same.

203.    To the extent paragraph 188 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 188 of the Complaint and, therefore, deny same.

204.    To the extent paragraph 189 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny

the balance of the allegations, matters and averments made or contained in paragraph 189 of the Complaint and, therefore, deny same.

205.    To the extent paragraph 190 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 190 of the Complaint and, therefore, deny same.

206.    To the extent paragraph 191 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 191 of the Complaint and, therefore, deny same.

207.    To the extent paragraph 192 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 192 of the Complaint and, therefore, deny same.

208.    To the extent paragraph 193 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 193 of the Complaint and, therefore, deny same.

209.    To the extent paragraph 194 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 194 of the Complaint and, therefore, deny same.

210.    To the extent paragraph 195 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 195 of the Complaint and, therefore, deny same.

211.    To the extent paragraph 196 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 196 of the Complaint and, therefore, deny same.

212.    To the extent paragraph 197 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 197 of the Complaint and, therefore, deny same.

213.    To the extent paragraph 198 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny

the balance of the allegations, matters and averments made or contained in paragraph 198 of the Complaint and, therefore, deny same.

214.     To the extent paragraph 199 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 199 of the Complaint and, therefore, deny same.

215.     To the extent paragraph 200 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 200 of the Complaint and, therefore, deny same.

216.     To the extent paragraph 201 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 201 of the Complaint and, therefore, deny same.

217.     Answering Defendants deny each and every other allegation, matter and averment made or contained in Count VIII of the Complaint not specifically and previously admitted herein.

218.     Answering Defendants incorporate herewith that portion of this Answer entitled "Affirmative Defenses" as though said affirmative defenses had been set forth at length herein.

WHEREFORE, having fully answered Count VIII of the Complaint, Answering Defendants respectfully pray to be henceforth dismissed, awarded their costs and expenses herein

incurred and expended, together with such other and further relief as this Court deems just and appropriate.

**COUNT IX**

219.    To the extent paragraph 202 of Count IX of the Complaint incorporates by reference the foregoing paragraphs of said Complaint, Answering Defendants incorporate herewith their responses to said paragraphs as set forth in this Answer as though said responses had been set forth at length herein.

220.    To the extent paragraph 203 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 203 of the Complaint and, therefore, deny same.

221.    To the extent paragraph 204 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 204 of the Complaint and, therefore, deny same.

222.    To the extent paragraph 205 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 205 of the Complaint and, therefore, deny same.

223. To the extent paragraph 206 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 206 of the Complaint and, therefore, deny same.

224. To the extent paragraph 207 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 207 of the Complaint and, therefore, deny same.

225. To the extent paragraph 208 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 208 of the Complaint and, therefore, deny same.

226. To the extent paragraph 209 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 209 of the Complaint and, therefore, deny same.

227. Answering Defendants deny each and every other allegation, matter and averment made or contained in Count IX of the Complaint not specifically and previously admitted herein.

228.    Answering Defendants incorporate herewith that portion of this Answer entitled "Affirmative Defenses" as though said affirmative defenses had been set forth at length herein.

WHEREFORE, having fully answered Count IX of the Complaint, Answering Defendants respectfully pray to be henceforth dismissed, awarded their costs and expenses herein incurred and expended, together with such other and further relief as this Court deems just and appropriate.

## COUNT X

229.    To the extent paragraph 210 of Count X of the Complaint incorporates by reference the foregoing paragraphs of said Complaint, Answering Defendants incorporate herewith their responses to said paragraphs as set forth in this Answer as though said responses had been set forth at length herein.

230.    To the extent paragraph 211 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 211 of the Complaint and, therefore, deny same.

231.    To the extent paragraph 212 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 212 of the Complaint and, therefore, deny same.

232.    To the extent paragraph 213 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny

the balance of the allegations, matters and averments made or contained in paragraph 213 of the Complaint and, therefore, deny same.

233.    To the extent paragraph 214 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 214 of the Complaint and, therefore, deny same.

234.    To the extent paragraph 215 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 215 of the Complaint and, therefore, deny same.

235.    Answering Defendants deny each and every other allegation, matter and averment made or contained in Count X of the Complaint not specifically and previously admitted herein.

236.    Answering Defendants incorporate herewith that portion of this Answer entitled "Affirmative Defenses" as though said affirmative defenses had been set forth at length herein.

WHEREFORE, having fully answered Count X of the Complaint, Answering Defendants respectfully pray to be henceforth dismissed, awarded their costs and expenses herein incurred and expended, together with such other and further relief as this Court deems just and appropriate.

## COUNT XI

237.    To the extent paragraph 216 of Count XI of the Complaint incorporates by reference the foregoing paragraphs of said Complaint, Answering Defendants incorporate herewith their

responses to said paragraphs as set forth in this Answer as though said responses had been set forth at length herein.

238. To the extent paragraph 217 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 217 of the Complaint and, therefore, deny same.

239. To the extent paragraph 218 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 218 of the Complaint and, therefore, deny same.

240. To the extent paragraph 219 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 219 of the Complaint and, therefore, deny same.

241. To the extent paragraph 220 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 220 of the Complaint and, therefore, deny same.

242.    To the extent paragraph 221 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 221 of the Complaint and, therefore, deny same.

243.    To the extent paragraph 222 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 222 of the Complaint and, therefore, deny same.

244.    To the extent paragraph 223 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 223 of the Complaint and, therefore, deny same.

245.    To the extent paragraph 224 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 224 of the Complaint and, therefore, deny same.

246.    To the extent paragraph 225 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny

the balance of the allegations, matters and averments made or contained in paragraph 225 of the Complaint and, therefore, deny same.

247. To the extent paragraph 226 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 226 of the Complaint and, therefore, deny same.

248. Answering Defendants deny each and every other allegation, matter and averment made or contained in Count XI of the Complaint not specifically and previously admitted herein.

249. Answering Defendants incorporate herewith that portion of this Answer entitled "Affirmative Defenses" as though said affirmative defenses had been set forth at length herein.

WHEREFORE, having fully answered Count XI of the Complaint, Answering Defendants respectfully pray to be henceforth dismissed, awarded their costs and expenses herein incurred and expended, together with such other and further relief as this Court deems just and appropriate.

## COUNT XII

250. To the extent paragraph 227 of Count XII of the Complaint incorporates by reference the foregoing paragraphs of said Complaint, Answering Defendants incorporate herewith their responses to said paragraphs as set forth in this Answer as though said responses had been set forth at length herein.

251. To the extent paragraph 228 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny

the balance of the allegations, matters and averments made or contained in paragraph 228 of the Complaint and, therefore, deny same.

252.    To the extent paragraph 229 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 229 of the Complaint and, therefore, deny same.

253.    To the extent paragraph 230 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 230 of the Complaint and, therefore, deny same.

254.    To the extent paragraph 231 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 231 of the Complaint and, therefore, deny same.

255.    To the extent paragraph 232 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 232 of the Complaint and, therefore, deny same.

256. Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 233 of the Complaint and, therefore, deny same.

257. Answering Defendants deny the allegations made or contained in paragraph 234 of the Complaint.

258. To the extent paragraph 235 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 235 of the Complaint and, therefore, deny same.

259. To the extent paragraph 236 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 236 of the Complaint and, therefore, deny same.

260. Answering Defendants deny each and every other allegation, matter and averment made or contained in Count XII of the Complaint not specifically and previously admitted herein.

261. Answering Defendants incorporate herewith that portion of this Answer entitled "Affirmative Defenses" as though said affirmative defenses had been set forth at length herein.

WHEREFORE, having fully answered Count XII of the Complaint, Answering Defendants respectfully pray to be henceforth dismissed, awarded their costs and expenses herein incurred and expended, together with such other and further relief as this Court deems just and appropriate.

## COUNT XIII

262.    To the extent paragraph 237 of Count XIII of the Complaint incorporates by reference the foregoing paragraphs of said Complaint, Answering Defendants incorporate herewith their responses to said paragraphs as set forth in this Answer as though said responses had been set forth at length herein.

263.    To the extent paragraph 238 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 238 of the Complaint and, therefore, deny same.

264.    To the extent paragraph 239 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 239 of the Complaint and, therefore, deny same.

265.    To the extent paragraph 240 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 240 of the Complaint and, therefore, deny same.

266.    Answering Defendants are without sufficient information or knowledge to admit or deny the allegations, matters and averments made or contained in paragraph 241 of the Complaint and, therefore, deny same.

267. To the extent paragraph 242 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 242 of the Complaint and, therefore, deny same.

268. Answering Defendants deny each and every other allegation, matter and averment made or contained in Count XIII of the Complaint not specifically and previously admitted herein.

269. Answering Defendants incorporate herewith that portion of this Answer entitled "Affirmative Defenses" as though said affirmative defenses had been set forth at length herein.

WHEREFORE, having fully answered Count XIII of the Complaint, Answering Defendants respectfully pray to be henceforth dismissed, awarded their costs and expenses herein incurred and expended, together with such other and further relief as this Court deems just and appropriate.

## COUNT XIV

270. To the extent paragraph 243 of Count XIV of the Complaint incorporates by reference the foregoing paragraphs of said Complaint, Answering Defendants incorporate herewith their responses to said paragraphs as set forth in this Answer as though said responses had been set forth at length herein.

271. To the extent paragraph 244 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 244 of the Complaint and, therefore, deny same.

272. To the extent paragraph 245 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 245 of the Complaint and, therefore, deny same.

273. To the extent paragraph 246 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 246 of the Complaint and, therefore, deny same.

274. Answering Defendants deny each and every other allegation, matter and averment made or contained in Count XIV of the Complaint not specifically and previously admitted herein.

275. Answering Defendants incorporate herewith that portion of this Answer entitled "Affirmative Defenses" as though said affirmative defenses had been set forth at length herein.

WHEREFORE, having fully answered Count XIV of the Complaint, Answering Defendants respectfully pray to be henceforth dismissed, awarded their costs and expenses herein incurred and expended, together with such other and further relief as this Court deems just and appropriate.

## COUNT XV

276. To the extent paragraph 247 of Count XV of the Complaint incorporates by reference the foregoing paragraphs of said Complaint, Answering Defendants incorporate herewith their responses to said paragraphs as set forth in this Answer as though said responses had been set forth at length herein.

277.	To the extent paragraph 248 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 248 of the Complaint and, therefore, deny same.

278.	To the extent paragraph 249 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 249 of the Complaint and, therefore, deny same.

279.	To the extent paragraph 250 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 250 of the Complaint and, therefore, deny same.

280.	To the extent paragraph 251 of the Complaint makes allegations concerning or accusations against Answering Defendants, said allegations and/or accusations are denied; however, Answering Defendants are without sufficient information or knowledge to admit or deny the balance of the allegations, matters and averments made or contained in paragraph 251 of the Complaint and, therefore, deny same.

281.	Answering Defendants deny each and every other allegation, matter and averment made or contained in Count XV of the Complaint not specifically and previously admitted herein.

282.     Answering Defendants incorporate herewith that portion of this Answer entitled "Affirmative Defenses" as though said affirmative defenses had been set forth at length herein.

WHEREFORE, having fully answered Count XV of the Complaint, Answering Defendants respectfully pray to be henceforth dismissed, awarded their costs and expenses herein incurred and expended, together with such other and further relief as this Court deems just and appropriate.

## AFFIRMATIVE DEFENSES

283.     Answering Defendants deny each and every other allegation, matter and averment made or contained in Plaintiff's Complaint not specifically and previously admitted herein.

284.     Plaintiff's Complaint fails to state facts sufficient to constitute a cause of action against Answering Defendants and fails to state a claim upon which relief may be granted against them so that the same should be dismissed at Plaintiff's costs.

285.     For other affirmative answer and defense, Answering Defendants allege that any and all actions or acts committed by them or on their behalf were discretionary in nature and taken in good faith and were objectively reasonable under the circumstances then existing and were not in violation of clearly established law and, therefore, these Defendants are protected from liability by the doctrine of qualified immunity.

286.     For other affirmative answer and defense, Answering Defendants state any and all actions or acts committed by them or on their behalf were proper, reasonable and appropriate, and they are protected by qualified immunity, official immunity, absolute immunity and/or judicial immunity.

287.     For other affirmative answer and defense, Answering Defendants allege they acted with objective reasonableness under the circumstances then existing, and their conduct was justified and/or privileged and/or protected by the qualified immunity doctrine.

288.    For other affirmative answer and defense, Answering Defendants allege that Plaintiff's damages, if any, were proximately caused by Plaintiff's own negligence and/or acts and/or the negligence and acts of others who are beyond the control of Answering Defendants, and whose fault should be compared.

289.    For other affirmative answer and defense, Answering Defendants state that to the extent, if any, that Plaintiff's Complaint attempts to state any cause of action under Missouri state law, Answering Defendants are protected from liability by Missouri's public duty doctrine and/or Missouri's official immunity doctrine and/or sovereign immunity by virtue of R.S.Mo. § 537.600, et seq.

290.    For other affirmative answer and defense, Answering Defendants state that Plaintiff is not entitled to any punitive damage award against them for any one or more of the following reasons:

(a)    The standards by which Answering Defendants' conduct is to be determined as alleged by Plaintiff are vague and wholly arbitrary and, as such, deny due process in violation of the Fifth and Fourteenth Amendments of the United States Constitution;

(b)    The standards for determining the amount and/or subsequent imposition of punitive damages are vague, supply no notice to Answering Defendants of the potential repercussions of their alleged conduct and are subject to the unbridled discretion of the fact finder, thereby denying due process under the Fifth and Fourteenth Amendments of the United States Constitution;

(c)    Plaintiff's request for punitive damages is criminal in nature and the rights given defendants in criminal proceedings under the Fifth, Sixth, Eighth, and Fourteenth Amendments of the United States Constitution are applicable;

(d)     Plaintiff's request for punitive damages constitutes a request for and/or imposition of excessive fines in violation of the Eighth Amendment of the United States Constitution;

(e)     Plaintiff's request for punitive damages constitutes cruel and unusual punishment in violation of the Eighth Amendment of the United States Constitution;

(f)     Plaintiff's request for punitive damages constitutes a denial of equal protection of the law in violation of the Fifth and Fourteenth Amendments of the United States Constitution in that defendant's wealth or net worth may be considered by a fact finder in determining the award of damages in a punitive damages award;

(g)     Plaintiff's request for punitive damages cannot protect Answering Defendants against multiple punishments for the same alleged wrong, thereby denying due process under the Fifth and Fourteenth Amendments of the United States Constitution;

(h)     An award of punitive damages would violate Answering Defendants' due process under the United States Constitution as well as in violation of the United States Supreme Court's decision in *Pacific Mutual Insurance Co. v. Haslip*;

(i)     To the extent Answering Defendants are being sued for tort claims under state law, punitive damages against governmental entities are prohibited and/or barred by R.S.Mo. § 537.610.

291.     For other affirmative answer and defense, Answering Defendants state the conduct, decisions, actions and/or inaction attributed to them by Plaintiff in the Complaint involved discretionary activity and/or conduct and, accordingly, Answering Defendants are shielded from liability by operation of Missouri's official immunity doctrine.

292.     For other affirmative answer and defense, Answering Defendants state the conduct, decisions, actions and/or inaction attributed to them by Plaintiff in the Complaint involved duties owed to the public at large and, therefore, Answering Defendants are shielded from liability by virtue of Missouri's public duty doctrine.

293.     For other affirmative answer and defense, Answering Defendants state the conduct, decisions, actions and/or inaction attributed to them by Plaintiff in the Complaint involved discretionary action which was objectively reasonable under the circumstances then existing and was not in violation of clearly established law and, therefore, Answering Defendants are protected from liability by the doctrine of qualified immunity.

294.     For other affirmative answer and defense, Answering Defendants state Plaintiff has previously been found liable for the fire and arson of the property mentioned in this lawsuit in the Circuit Court of Boone County, Missouri, and that finding of liability has been upheld by the Missouri Supreme Court in *Green v. Fotoohighiam*, 606 S.W.3d 113 (Mo. banc 2020), and as a result Plaintiff's claims and theories of recovery presented in the Complaint are barred in whole or in part by res judicata, collateral estoppel, issue preclusion, claim preclusion, the Rooker-Feldman doctrine and/or the principles announced in *Heck v. Humphrey*, 512 U.S. 477 (1994) and its progeny.

295.     For other affirmative answer and defense, Answering Defendants state Plaintiff's claims and theories of recovery were not timely filed and are barred in whole or in part by the applicable statute of limitations including, but not limited to, Mo. Rev. Stat. §§ 516.120, 516.130 and/or 516.140.

296.     For other affirmative answer and defense, Answering Defendants state that to the extent common law claims have been presented against them they are barred by Missouri's

sovereign immunity statute, Mo. Rev. Stat. § 537.600 et seq. in that there is no viable exception to or avoidance of sovereign immunity as to Answering Defendants.

297. For other affirmative answer and defense, Answering Defendants state that all "official capacity" claims asserted against any of their agents, servants, employees or representatives are in actuality a claim against the City of Columbia and are barred for the reasons set forth above.

298. For other affirmative answer and defense, Answering Defendants state the Defendant designated as "Columbia Police Department" is not a separate legal entity amenable to suit and, therefore, a viable claim to relief against it has not been presented.

299. For other affirmative answer and defense, Answering Defendants state that if Plaintiff enters into a settlement agreement and/or obtains money or anything of value in connection with a resolution, settlement, or compromise of the claims or theories of recovery involving the incident and/or events at issue in this lawsuit, these Defendants are entitled to a set-off and/or a credit and/or reduction of any judgment or award entered against them in this matter.

300. Answering Defendants reserve the right to assert and plead additional affirmative defenses when facts supporting said affirmative defenses become known and available to them.

WHEREFORE, based upon the above and foregoing, Answering Defendants respectfully prays to be henceforth dismissed, awarded their costs and expenses herein incurred and expended, together with such other and further relief as this Court deems just and appropriate.

## DEMAND FOR JURY TRIAL

Answering Defendants demand a trial by jury on all issues and claims.

Respectfully submitted,

FISHER, PATTERSON, SAYLER & SMITH, LLP


  /s/ David S. Baker
David S. Baker                                    #30347
9393 W. 110th Street, Suite 300
Building 51, Corporate Woods
Overland Park, KS 66210
DBaker@fpsslaw.com
Phone: (913) 339-6757;  Fax: (913) 660-7919
**_Attorneys for Defendants City of Columbia, Missouri_**
**_and Columbia Police Department_**


## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2024, I electronically filed the foregoing with the Clerk of the Court and that an electronic notice of filing and a copy of the foregoing will automatically be sent to the following:

Sean W. Pickett
Sean W. Pickett & Associates, LLC
1501 Iron Street
Kansas City, MO 64116

Ahmad Zaher
Advanta Law Firm, PLC
24300 Southfield Road, Suite 210
Southfield, MI 48075

Shiraz K. Khan
The Shiraz Law Firm, PLLC
30400 Telegraph Road, Suite 380
Bingham Farms, MI 48025
**_Attorneys for Plaintiff_**


  /s/ David S. Baker
DAVID S. BAKER