UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

MEHRDAD FOTOOHIGHIAM

*Plaintiff*,

v.

Case No: 24- cv -04182
Hon. Judge M. Douglas Harpool

THE CITY OF COLUMBIA, MISSOURI, *et. al*.,

*Defendants.*

**PLAINTIFF'S NOTICE VOLUNTARILY DISMISSING WITHOUT PREJUDICE DEFENDANTS CITY OF COLUMBIA AND COLUMBIA POLICE DEPARTMENT ONLY PURSUANT TO FED.R.CIV.P. 41(a)(1).**

**NOW COMES,** Plaintiff Mehrdad Fotoohighiam ("Plaintiff" or "Plaintiff Fotoohighiam"), by and through his counsel, Advanta Law, PLC, The Shiraz Law Firm, PLLC., and local counsel, Sean W. Pickett and Associates LLC by Sean W. Pickett, and for his Notice Voluntarily Dismissing Without Prejudice Defendants City of Colombia and Colombia Police Department **ONLY** Pursuant to Fed.R.Civ.P. 41(a)(1), states the following:

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff, through counsel, hereby files this Notice Voluntarily dismissing, without prejudice, the claims against Defendants City of Columbia, Missouri and Columbia Police Department **ONLY**. As of the date and time of the filing of this notice voluntarily dismissing, without prejudice, the claims against Defendants City of Columbia, Missouri and Columbia

Police Department, Plaintiff has not been served with an answer to Plaintiff's complaint or a motion for summary judgment under Fed.R.Civ.P. 56. Additionally, as of the date and time of this filing, neither Defendant City of Columbia, Missouri nor Defendant Columbia Police Department have filed an answer to Plaintiff's complaint nor a motion for summary judgment under Fed.R.Civ.P. 56.

Accordingly, pursuant to Fed.R.Civ.P.41(a)(1)(B), all claims against Defendants City of Columbia, Missouri and Columbia Police Department ONLY are hereby dismissed "without" prejudice. See *Williams v Clarke*, 82 F.3d 270, 272 (8th Cir. 1996) ("Federal Rule of Civil Procedure 41(a)(1) allows a plaintiff to dismiss an action without order of the court by filing a notice of dismissal at any time before the adverse party serves an answer or a motion for summary judgment. Rule 41(a)(1) voluntary dismissal is without prejudice unless the plaintiff has previously dismissed an action including the same claim in any other court.")

Dated: January 24, 2025

Respectfully submitted,

SEAN W. PICKETT & ASSOC. LLC
By: /s/ Sean W. Pickett
Sean W. Pickett #46065
1501 Iron Street.
Kansas City, MO 64116
(816) 472-1600
(816) 472-0200
swp@kclawoffice.com

Ahmad Zaher
Advanta Law Firm, PLC
23800 Northwestern Hwy., Ste 220
Southfield, MI 48075
Tel: 1.248.281.6299

Fax: 1.248.864.8554
azaher@advantalaw.com

Shiraz K. Khan
The Shiraz Law Firm, PLLC.
30400 Telegraph Rd. Suite 380
Bingham Farms, MI. 48025
Tel: (248) 419-0678
Fax: (248) 817-4833
info@shirazlawfirm.com

**ATTORNEYS FOR**
**MERHDAD FOTOOHIGHIAM**

## CERTIFICATE OF SERVICE

I, AHMAD ZAHER, certify that the foregoing document(s) was filed and served via the Court's electronic filing system this 24th day of January, 2025, which will automatically send notification of such filing to all attorneys and parties of record registered electronically.

Dated: January 24, 2025

Respectfully submitted,

Ahmad Zaher
Advanta Law Firm, PLC
23800 Northwestern Hwy., Ste 220
Southfield, MI 48075
Tel: 1.248.281.6299
Fax: 1.248.864.8554
azaher@advantalaw.com