**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**

---

**MERHDAD FOTOOHIGHIAM**

***Plaintiff*,**

v. **Case No: 2:24-CV-04182-MDH**

**BOONE COUNTY, MISSOURI, et al.**

***Defendants.***

---

## MOTION TO WITHDRAW AS COUNSEL

NOW COMES, Advanta Law, PLC, and The Shiraz Law Firm PLLC, by and through their respective attorneys, Ahmad Zaher and Shiraz K. Khan (hereinafter "Withdrawing Counsel"), attorneys for the Plaintiff, Mehrdad Fotoohighiam, (hereinafter referred to as 'Fotoohighiam') and respectfully moves this Honorable Court for leave to withdraw as attorneys of record pursuant to Western District of Missouri Local Rule 83.2. In support of this Motion, counsels state as follows:

1. An irretrievable breakdown has occurred in the attorney–client relationship such that continued representation is no longer practicable or consistent with counsel's professional obligations.
2. There exists a material breakdown in the attorney client relationship that has affected withdrawing counsel's ability to continue to adequately represent the Plaintiff.
3. The breakdowns are consistent with Rule 4-1.16 of the Missouri Rules of Professional Conduct.
4. Plaintiff is an individual with multiple attorneys on multiple cases. Withdrawal can be accomplished without material adverse effect on Plaintiff's interests.

5. Withdrawing counsel must discontinue representation of Plaintiff because continuing to represent Plaintiff in this case may violate the Missouri Rules of Professional Conduct, specifically Rule 4-1.16.
6. Withdrawing Counsel no longer believe that they could adequately represent Plaintiff without potential violations of the Missouri Rules of Professional Conduct and/or the District Court's Code of Professional Responsibility.
7. Moreover, on December 7, 2025, Plaintiff unilaterally terminated Withdrawing Counsel's sponsoring attorney, Sean Pickett, as local counsel.
8. With the breakdown in the attorney–client relationship, the attendant risk of violating the Missouri Rules of Professional Conduct, and the resulting termination of Mr. Pickett as local counsel, withdrawing counsel are obligated to seek leave to withdraw from this matter.
9. This Motion is not brought for purposes of delay. To avoid prejudice and ensure an orderly transition, Withdrawing Counsel respectfully request that Plaintiff be afforded sixty (60) days from the date of the Court's order to secure new counsel or to file a pro se appearance; and that all current deadlines be extended approximately 60 days to permit such transition;
10. Unless and until substitute counsel appears, all future notices and filings should be served directly on Plaintiff.
11. In this matter, continued representation would be inconsistent with our professional obligations under Rule 4-1.16, so we respectfully request leave to withdraw under Local Rule 83.2.

**WHEREFORE**, Advanta Law, PLC, and The Shiraz Law Firm, PLLC, by attorneys Shiraz K. Khan and Ahmad Zaher, respectfully request that the Court enter an order:

(a) granting leave to withdraw;

(b) allowing Plaintiff sixty (60) days to retain new counsel or appear pro se**;**

(c) extending current deadlines approximately 60 days to permit transition;

(d) directing that all future filings and notices be served directly on Plaintiff**;** and

(d) granting such other and further relief as the Court deems just.

Respectfully submitted,

Date: December 10, 2025

**/s/Ahmad Zaher**
Ahmad Zaher
Advanta Law, PLC
23800 Northwestern Hwy., Suite 220,
Southfield, MI 48075
Tel: 1.248.281.6299
Fax: 1.248.864.8554
azaher@advantalaw.com

**/s/ Shiraz K. Khan**
THE SHIRAZ LAW FIRM PLLC
SHIRAZ K. KHAN (P78359)
30400 Telegraph Road, Suite 380
Bingham Farms, MI 48025
Tel: (248) 419-0678
Fax: (248) 817-4833

## CERTIFICATE OF SERVICE

I, Ahmad Zaher, certify that on December 10, 2025, the foregoing document(s) was served on:

1. Opposing Counsel of Record — via the CM/ECF.
2. Plaintiff, Mehrdad Fotoohighiam - by Email to his last-known email address listed below.

Plaintiff Contact (for service):
Full Licensed Name: Mehrdad Fotoohighiam
Registered Email thebanyaziz@gmail.com

DATED: December 10, 2025

**/s/Ahmad Zaher**
Ahmad Zaher
Advanta Law, PLC
23800 Northwestern Hwy., Suite 220,
Southfield, MI 48075
Tel: 1.248.281.6299
Fax: 1.248.864.8554
azaher@advantalaw.com

**/s/ Shiraz K. Khan**
THE SHIRAZ LAW FIRM PLLC
SHIRAZ K. KHAN (P78359)
30400 Telegraph Road, Suite 380
Bingham Farms, MI 48025
Tel: (248) 419-0678
Fax: (248) 817-4833