**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**CENTRAL DIVISION**

---

**MERHDAD FOTOOHIGHIAM**

Plaintiff,

v. **Case No: 2:24-CV-04182-MDH**

**BOONE COUNTY, MISSOURI, *et al.***

Defendants.

---

**MOTION TO WITHDRA AS COUNSEL**

NOW COMES Sean W. Pickett and Associates, LLC, by and through attorney Sean W. Pickett, attorney for the Plaintiff, Mehrdad Fotoohighiam, and respectfully moves the court for leave to withdraw as attorney of record. In support of this Motion, Counsel stat as follows:

1. On December 7, 2025, the Plaintiff, Merhdad Fotoohighiam emailed counsel terminating services and associations as one of the attorneys (local agent), in his tow federal cases. A copy of the email is attached as Exhibit A.
2. This Motion is not brought for the purpose of delay. To ensure an orderly transition, Counsel respectfully request that Plaintiff be afforded sixty days from the date of the Court's order to secure new counsel or to file a pro se appearance; and that all current deadlines be extended for approximately sixty days to permit such transition.
3. Unless and until substitute counsel appears, all future notices and filings should be served directly on Plaintiff.

4. In this matter, continued representation would be going against the direction of the Plaintiff and my professional obligations, so I respectfully leave to withdraw.

WHEREFORE, Sean W. Pickett and Associates, LLC, by attorney Sean W. Pickett, respectfully request the Court enter an order granting leave to withdraw, allow Plaintiff sixty days to retain new counsel or appear pro se, extend current deadlines for sixty days to allow for transition, direct all future filings and notices be served directly on Plaintiff, and granting such other relief as the Court deems just.

Respectfully submitted,

/s/Sean W. Pickett
Sean W. Pickett
Sean W. Pickett & Associates LLC
1501 Iron Street
North Kansas City, MO 64116
Tel: 816.472.1600
Fax: 816.472.0200
swp@kclawoffice.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

*/s/ Sean W. Pickett*