From: Sean Pickett swp@kclawoffice.com
Sub_ject: Fwd: Termin,ation notice
Date: Dec 10, 2025 at 2:57:00 PM
To: Ahmad Zaher azaher@advantalaw.com, Shiraz Khan shirazkkhanjd@gmail.com, Daniela Davis. Office dad@kclawoffice.com

Sent from my iPhone

Begin forwarded message:

> **From:** thebanv.aziz@gmail.com
> **Date:** December 7, 2025 at 12:57:43 PM CST
> **To:** swp@kclawoffice.com
> **Subject: Termination notice**
>
> **Sean W. Pickett**
> 1501 Iron Street
> Kansas City, MO 64116
> SWP@KCLAWOFFICE.COM
>
> Please be informed that I hereby terminate your services and association, as one of the attorneys (local agent), in my two federal cases 2:24-CV-04142 and 2:24-CV-4182, effective December 1, 2025.
>
> Please refrain from any involvement with either case as I specified above, starting the effective date of December 1, 2025.
>
> I have informed my main attorneys in both cases, **Mr. Ahmad Zaher** and **Mr. Shiraz K. Khan** to that effect, who will notify the court accordingly.
>
> Sincerely yours,
>
> **Dr. Mehrdad Fotoohighiam**
> : 573-818-57942
> : thebanyaziz@gamil.com