**Honorable Judge Harpool** July 22,2026

**Re:** Case No. **2:24-cv-04142** and Case No. **2:24-cv-04182**

Your Honor,

I respectfully submit the following information, *pro se*, for the Court's consideration regarding my two pending federal civil rights actions:

1. I am the plaintiff in both cases. I am a 72-year-old retired doctor and have been a resident of Columbia, Missouri, for approximately 55 years.

2. I am not an attorney and possess only limited knowledge of the law, particularly with respect to federal civil rights litigation and the complex procedural rules governing these actions.

3. Throughout their representation, my former attorneys repeatedly and verifiably refused to discuss the substantive facts, legal issues, and strategy of my cases with me, despite my numerous written and verbal requests.

4. Several months after filing my complaints, my former attorneys expressly acknowledged that they lacked sufficient experience and expertise in handling federal civil rights litigation.

5. Without prior consultation or my informed consent, my former attorneys abruptly withdrew from representing me in both cases. They neither secured substitute counsel nor took reasonable steps to protect my interests during the transition.

6. Despite my repeated requests, my former attorneys failed to keep me reasonably informed regarding the status of my cases, including significant filings, motions, and other developments by either party. This failure is verifiable through the correspondence and records in my possession.

7. Because I was not provided with meaningful information concerning these proceedings, I had no practical opportunity to monitor the progress of my cases or to timely advise the Court of the serious deficiencies in my representation and the resulting prejudice to my interests.

8. For more than six months, despite numerous written and verbal requests, my former attorneys have refused to provide me with my complete client files for either case. Without those files, I have been substantially hindered in my efforts to retain competent

replacement counsel, understand the procedural posture of my cases, and adequately protect my legal rights.

9. I respectfully and unequivocally oppose the dismissal of any defendant or any claim asserted in either of my federal civil rights complaints. Because I have not yet had a fair opportunity to review my files or consult with competent replacement counsel, I respectfully request that no substantive claims or parties be dismissed until I am afforded that opportunity.

Accordingly, I respectfully request that this Honorable Court:

- Order my former attorneys to immediately produce and deliver my complete client files for both federal civil rights cases;
- Grant me a reasonable period of time, after receipt of those files, to retain competent replacement counsel; and
- Preserve all claims, parties, and the current status of these proceedings until I have had a fair opportunity to obtain new counsel and adequately protect my constitutional and legal rights.

I respectfully submit this request in the interest of justice, due process, and fundamental fairness. I sincerely appreciate the Court's time and thoughtful consideration of this matter.

Respectfully submitted,

**Dr. Mehrdad Fotoohighiam**
*Pro Se Plaintiff*

: 573-818-5794

: thebanyaziz@gmail.com

: P. O. Box 473, Columbia, MO 65205