IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| MERHDAD FOTOOHIGHIAM,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF COLUMBIA, MISSOURI, et al.,<br><br>Defendants. | ) | Case No. 2:24-CV-04182-MDH<br>Honorable Judge M. Douglas Harpool |

PLAINTIFF'S MOTION TO EXPEDITE ADMISSION
OF NEWLY RETAINED COUNSEL

Plaintiff MERHDAD FOTOOHIGHIAM, pro se, respectfully moves the Court for expedited consideration and facilitation of the admission of Plaintiff's newly retained counsel. In support, Plaintiff states:

1. On July 29, 2026, the Court ordered Plaintiff to retain new counsel within thirty days. (Doc. 185).

2. Plaintiff has complied with that directive and retained the Law Offices Thomas B. Harvey, and the Law Offices of R. Joseph Kerendian.

3. Mr. Harvey is a member in good standing of the Missouri Bar and the California Bar. He has submitted his application for admission to the Bar of this Court and is completing all requirements for admission other than the swearing in ceremony.

4. Under Local Rule 83.5(c), a qualified applicant must attend an admission ceremony and take the prescribed oath in open court before becoming a member of this Court's Bar. Mr. Harvey understands and fully intends to satisfy that requirement.

5. Plaintiff understands that the next regularly scheduled virtual admission ceremony is September 18, 2026. That delay risks frustrating the purpose of the Court's order requiring Plaintiff to retain new counsel within thirty days, even though Plaintiff has timely done so and Mr. Harvey has initiated the required admission process.

6. Mr. Kerendian is a member in good standing of the California Bar and is admitted to practice before The United States District Court, Central District of California. He resides outside this District and is preparing his Petition for Admission Pro Hac Vice pursuant to Local Rule 83.5(f).

7. Plaintiff requests only prompt access to counsel—not a waiver of any eligibility requirement, required filing, fee, oath, or other condition of admission. The declarations of Mr. Harvey and Mr. Kerendian, attached as Exhibits A and B, respectively, are incorporated by reference and support this Motion.

8. Expedited handling would serve the interests of justice and promote compliance with the Court's prior order. No party would be prejudiced. The requested relief would allow Plaintiff to proceed with retained counsel while preserving the Court's authority and all requirements of Local Rule 83.5.

WHEREFORE, Plaintiff respectfully requests that the Court:

A. Expedite consideration and processing of Mr. Harvey's pending application for admission;

B. To the extent consistent with Local Rule 83.5, schedule or authorize an earlier admission ceremony for Mr. Harvey, including administration of the required oath in open court by the presiding judge at the Court's convenience;

C. Expedite consideration of Mr. Kerendian's Petition for Admission Pro Hac Vice upon its filing and confirmation that all requirements of Local Rule 83.5(f) have been satisfied; and

D. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated: August 31, 2026

/s/Mehrdad Fotoohighiam
MERHDAD FOTOOHIGHIAM, Pro Se
P.O. Box 473
Columbia, MO 65205
573 818 5794
thebanyaziz@gmail.com

CERTIFICATE OF SERVICE

I certify that on August 31, 2026, I filed this Motion through the Court's CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/Mehrdad Fotoohighiam
MERHDAD FOTOOHIGHIAM, Pro Se
P.O. Box 473
Columbia, MO 65205
573 818 5794
thebanyaziz@gmail.com

**EXHIBIT A**

**DECLARATION OF THOMAS B. HARVEY**

I, Thomas B. Harvey, declare:

1. My name is Thomas B. Harvey and I have been retained by Mehrdad Fotoohighiam to represent him in this matter.

2. My business address is 365 E. Avenida de Los Arboles, #226, Thousand Oaks, CA 91360. I am not a party to this lawsuit. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would competently testify thereto.

3. I am an attorney duly licensed to practice in the State of Missouri.

4. I filed the application and registration process for practice in the United States District Court for the Western District of Missouri on August 19, 2026.

5. On August 19, 2026, I received a message saying that the certificate in support of my application contained an error.

6. I corrected the error and paid the required fees on August 25, 2026.

7. All that remains for me to be admitted is the swearing in ceremony.

8. Tania Lock, Relief Courtroom Deputy for the Western District, provided available dates for me to participate virtually in the swearing in process. Attached as Exhibit 1 is a true and correct copy of that email.

9. The earliest available virtual swearing date is September 18, 2026. (EX. 1)

10. On August 31, 2026, I emailed Ms. Lock explaining the urgency of the request for admission and asking whether there were other options. I attach a true and correct copy of that email as Exhibit 2. As of this filing, I have not received a response.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct. Executed on August 31, 2026, in Thousand Oaks, California.

/s/Thomas B. Harvey
Thomas B. Harvey

# EXHIBIT 1

to

DECLARATION OF THOMAS B. HARVEY

Gmail

**Thomas Harvey <tbh1910@gmail.com>**

## ACTION NEEDED: Schedule WDMO Oath

2 messages

**Tania Lock** <Tania_Lock@mow.uscourts.gov> Tue, Aug 25, 2026 at 10:41 AM
To: "tbh1910@gmail.com" <tbh1910@gmail.com>

Good afternoon,

To complete the admission process for the Western District of Missouri, you must schedule and attend an attorney swearing-in ceremony. **Please reply via e-email to confirm which ceremony you would like to attend.** Choose ONE of the following options below:

| Date | Time | Location | Courtroom | Judge |
|---|---|---|---|---|
| **9/4/2026** | 9:00 a.m. | U.S. District Courthouse<br>400 East Ninth Street<br>Kansas City, MO | 6A | Judge Cythia Norton |
| **9/18/2026** | 1:00 p.m. | Virtual via Zoom/AT&T<br>(Link will be provided via email after confirmation of selection) | N/A | Judge Roseann Ketchmark |
| **10/2/2026** | 9:30 a.m. | U.S. District Courthouse<br>400 East Ninth Street<br>Kansas City, MO | 6D | Judge W. Brian Gaddy |
| **10/16/2026** | 1:00 p.m. | Virtual via Zoom/AT&T<br>(Link will be provided via email after confirmation of selection) | N/A | Judge Roseann Ketchmark |
| **TBD**<br>Chambers will reach out directly to schedule with you | TBD | U.S. District Courthouse<br>80 Lafayette Street<br>Jefferson City, MO | TBD | Judge Willie J. Epps, Jr. |
| **TBD**<br>Chambers will reach out directly to schedule with you | TBD | U.S. District Courthouse<br>222 N. John Q. Hammons Parkway<br>Springfield, MO | TBD | Judge David P. Rush |

Please plan to arrive approximately 10 minutes prior to your scheduled time.

Tania Lock

Relief Courtroom Deputy/

Attorney Admissions

U.S. District Court

80 Lafayette St

Jefferson City, MO 65101

(573) 636-4015 (main line)

(573) 556-7552 (direct line)

---

**Thomas Harvey** <tbh1910@gmail.com> Mon, Aug 31, 2026 at 11:34 AM
To: Tania Lock <Tania_Lock@mow.uscourts.gov>

Hi Tania,
Is there any other way for me to be sworn in other than these ceremonies? I am entering on a case for a client whose attorney has withdrawn. The Court gave my client 30 days to find another lawyer. I would love to be able to enter my appearance on that case so the Court doesn't dismiss his claims, but it appears the swearing in is required.
Just in case there is no other way to do this, I will sign up for the virtual session on 9/18.
Thank you,
Thomas
[Quoted text hidden]

# EXHIBIT 2

to

DECLARATION OF THOMAS B. HARVEY

Gmail Thomas Harvey <tbh1910@gmail.com>

## ACTION NEEDED: Schedule WDMO Oath

**Thomas Harvey** <tbh1910@gmail.com> Mon, Aug 31, 2026 at 11:34 AM
To: Tania Lock <Tania_Lock@mow.uscourts.gov>

Hi Tania,

Is there any other way for me to be sworn in other than these ceremonies? I am entering on a case for a client whose attorney has withdrawn. The Court gave my client 30 days to find another lawyer. I would love to be able to enter my appearance on that case so the Court doesn't dismiss his claims, but it appears the swearing in is required.

Just in case there is no other way to do this, I will sign up for the virtual session on 9/18.

Thank you,

Thomas

## EXHIBIT B

## DECLARATION OF R. JOSEPH KERENDIAN

I, R. JOSEPH KERENDIAN, declare as follows:

1. My name is R. JOSEPH KERENDIAN and have been retained by Mehrdad Fotoohighiam to represent him in this matter.

2. My business address is 11400 West Olympic Boulevard, Suite 700, Los Angeles, California 90064. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to them.

3. I am an attorney licensed to practice law in the State of California. My California State Bar number is 186343.

4. I am a member in good standing of the State Bar of California.

5. I am admitted to practice before the United States District Court for the Central District of California.

6. I reside outside the Western District of Missouri.

7. I am preparing a Petition for Admission Pro Hac Vice in this matter.

8. I understand that Thomas B. Harvey has also been retained in connection with Plaintiff Mehrdad Fotoohighiam's representation in this matter.

9. I understand that Mr. Harvey is seeking admission to the Bar of the United States District Court for the Western District of Missouri.

10. Once Mr. Harvey is admitted to the Bar of the United States District Court for the Western District of Missouri, Mr. Harvey will sponsor me for admission pro hac vice in this matter.

11. I make this declaration in support of Plaintiff's Motion to Expedite Admission of Newly Retained Counsel.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 31, 2026, in Los Angeles, California.

/s/ R. Joseph Kerendian

R. Joseph Kerendian, Esq.