**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI CENTRAL DIVISION**

| | | |
|---|---|---|
| MERHDAD FOTOOHIGHIAM,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF COLUMBIA, MISSOURI, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:24-CV-04182-MDH |

**DEFENDANTS BOONE COUNTY, MISSOURI, CAPTAIN JENNIFER ATWELL, AND DEPUTY MATT VESSAR'S MOTION FOR SUMMARY JUDGMENT**

COME NOW, Defendants Boone County, Missouri, Captain Jennifer Atwell, and Deputy Matt Vessar ("the Boone County Defendants"), by and through undersigned counsel, and submit their Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56 and this Court's Local Rule 56.1(a).

First, Plaintiff Mehrdad Fotoohighiam does not have any evidence to support his claims against the Boone County Defendants. Plaintiff has done no discovery. Plaintiff failed to respond to the Boone County Defendants' written discovery, failed to produce any documents requested by the Boone County Defendants, and Plaintiff did not appear at his properly noticed deposition. He has done nothing to prosecute this lawsuit. Plaintiff will not be able to point to anything in the record to support his claims. In fact, the Court should grant the Boone County Defendants' Motion for Sanctions and Motion to Dismiss with prejudice because of Plaintiff's failure to prosecute this case. *See* Doc. 189.

Second, Captain Jennifer Atwell never intercepted, recorded, or disseminated Plaintiff's attorney-client phone calls. Captain Atwell identified Plaintiff's attorneys' names and phone

numbers – that she was able to verify as licensed attorneys – as "non-recordable" in the Boone County Jail calling system. Accordingly, there is no genuine dispute of material fact, and Captain Atwell is entitled to judgment as a matter of law.

Third, Plaintiff never gave Deputy Matt Vessar a list of attorneys' names and phone numbers to identify as "non-recordable" in the Boone County Jail calling system. Deputy Vessar was not involved in identifying Plaintiff's attorneys' names and phone numbers as "non-recordable" in the Boone County Jail calling system. Therefore, there is no genuine dispute of material fact, and Deputy Vessar is entitled to judgment as a matter of law.

Finally, Plaintiff cannot establish a *Monell* claim against Boone County. Plaintiff cannot make out a failure to train or supervise claim under *Monell*, and Plaintiff has not produced any evidence to show the existence of a continuing, widespread, persistent pattern of unconstitutional misconduct by Boone County employees (to demonstrate an unofficial custom). There is no genuine dispute of material fact here. Defendant Boone County is entitled to judgment as a matter of law.

The Boone County Defendants incorporate herein their Suggestions in Support of their Motion for Summary Judgment, including their Statement of Uncontroverted Material Facts. The Boone County Defendants also submit the following exhibits in support of their Statement of Uncontroverted Material Facts:

- Exhibit A – Affidavit of Damon Reynolds (representative of Boone County)
- Exhibit B – Affidavit of Captain Jennifer Atwell
- Exhibit C – Affidavit of Deputy Matt Vessar

WHEREFORE, the Boone County Defendants (Boone County, Missouri, Captain Jennifer Atwell, and Deputy Matt Vessar) respectfully request the Court grant their Motion for Summary

Judgment, dismiss all claims against them in Plaintiff's Second Amended Complaint (Doc. 102) with prejudice, award them their costs incurred herein, and for such other and further relief the Court deems just and proper.

Respectfully submitted,

VESSELL BRIDGES MURPHY LAW OFFICES

*/s/ Jack Fleming*
Jack Fleming, MO Bar: #68072
3901 S. Providence Road, Suite D
Columbia, MO 65203
(573) 777-4488
(573) 777-4489 (fax)
jack.fleming@vbmlaw.com
**ATTORNEYS FOR THE**
**BOONE COUNTY DEFENDANTS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served upon counsel of record on October 16, 2026, via filing with the Court's electronic filing system and a copy was mailed via U.S. Mail to Plaintiff on October 16, 2026, at the following address:

Mehrdad Fotoohighiam
P.O. Box 473
Columbia, MO 65205

*/s/ Jack Fleming*
Jack Fleming