# AFFIDAVIT OF REPRESENTATIVE OF BOONE COUNTY, MISSOURI

COMES NOW, Damon Reynolds, and provides the following Affidavit in support of Boone County, Missouri's Motion for Summary Judgment.

1. My name is Damon Reynolds, and I have personal, first-hand knowledge of the facts set forth in this Affidavit, and I am competent to testify on the matters stated in this Affidavit.

2. I am currently employed by the Boone County Sheriff's Department as the Academy and Training Director.

3. Plaintiff Mehrdad Fotoohighiam was a detainee in the Boone County Jail from approximately 2015-2022.

4. During Plaintiff Fotoohighiam's detention in the Boone County Jail, I was employed as the Jail Administrator of the Boone County Jail.

5. The Boone County Jail used a calling system that allowed detainees to make and receive telephone calls, including to the detainees' attorneys.

6. On multiple occasions, Plaintiff Fotoohighiam gave Boone County employees lists of attorneys' names and phone numbers to identify as "non-recordable" in the Boone County Jail calling system.

7. Each time that Plaintiff Fotoohighiam gave Boone County employees a list of attorneys' names and phone numbers to identify as "non-recordable" in the Boone County Jail calling system, the Boone County employees would search the attorneys' names and phone numbers in order to verify that the attorneys were in fact licensed attorneys – the Boone County employees would advise Plaintiff Fotoohighiam in writing if they could not verify an attorney's name and phone number.

8. This was the standard practice of the Boone County Sheriff's Department for all

detainees.

9. Boone County employees identified Plaintiff Fotoohighiam's attorneys' names and phone numbers – that they were able to verify as licensed attorneys – as "non-recordable" in the Boone County Jail calling system.

10. No Boone County employee ever intentionally or knowingly failed to identify a verified attorney's name or phone number provided by Plaintiff Fotoohighiam as "non-recordable" in the Boone County Jail calling system.

11. No Boone County employee ever knowingly, purposefully, or unlawfully intercepted or recorded Plaintiff Fotoohighiam's attorney-client phone calls.

12. No Boone County employee ever knowingly, purposefully, or unlawfully gave or disseminated any recordings of Plaintiff Fotoohighiam's attorney-client phone calls to third parties.

13. No Boone County employee ever prevented Plaintiff Fotoohighiam from contacting his attorneys.

14. Boone County, including the Boone County Sheriff's Department, never had a policy or an unofficial custom of recording detainees' attorney-client phone calls.

15. Boone County, including the Boone County Sheriff's Department, trained its employees not to listen to, record, or disseminate detainees' attorney-client phone calls.

16. Boone County, including the Boone County Sheriff's Department, never had a policy or an unofficial custom of allowing Boone County employees to manufacture claims or criminal charges against individuals in an effort to prosecute them.

17. Boone County, including the Boone County Sheriff's Department, never had a policy or an unofficial custom of using inmate witnesses to push forward charges against

individuals, without corroboration or ascertaining the veracity of the allegations, against individuals in order to wrongfully prosecute or jail them.

18. Boone County, including the Boone County Sheriff's Department, trained and supervised its employees in their investigative practices, including training them to not appear as attorneys when speaking with detainees.

19. Boone County, including the Boone County Sheriff's Department, trained and supervised its employees in conducting proper criminal investigations that are not biased, that are based on credible evidence, and are not manufactured for the purpose of obtaining a conviction.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

STATE OF Missouri )
) ss.
COUNTY OF Boone )

I, Damon Reynolds, being duly sworn on oath states that the above and foregoing Affidavit is true and correct to the best of my knowledge, information, and belief.

**DAMON REYNOLDS**
**(REPRESENTATIVE OF**
**BOONE COUNTY, MISSOURI)**

The foregoing Affidavit was subscribed and sworn to before me this 15th day of October, 2026.

Angela C. Ayers
Notary Public

My commission expires: June 27, 2027

ANGELA C. AYERS
Notary Public - Notary Seal
State of Missouri
County of Boone
My Commission Expires: June 27, 2027
Commission # 15468427