**AFFIDAVIT OF JENNIFER ATWELL**

COMES NOW, Jennifer Atwell and provides the following Affidavit in support of her Motion for Summary Judgment.

1. My name is Jennifer Atwell, and I have personal, first-hand knowledge of the facts set forth in this Affidavit, and I am competent to testify on the matters stated in this Affidavit.

2. I am employed as a Captain with the Boone County Sheriff's Department.

3. I began working at the Boone County Sheriff's Department in June of 1993.

4. I was never "in charge" of the Boone County Jail calling system (used by Boone County detainees to make and receive telephone calls).

5. I was one of the Boone County Sheriff's Department employees that had access to the Boone County Jail calling system.

6. Plaintiff Mehrdad Fotoohighiam was a detainee in the Boone County Jail during my time working at the Boone County Sheriff's Department.

7. On multiple occasions, Plaintiff Fotoohighiam gave me lists of attorneys' names and phone numbers to identify as "non-recordable" in the Boone County Jail calling system.

8. Each time that Plaintiff Fotoohighiam would give me a list of attorneys' names and phone numbers to identify as "non-recordable" in the Boone County Jail calling system, I would search the attorneys' names and phone numbers in order to verify that the attorneys were in fact licensed attorneys – I would advise Plaintiff Fotoohighiam in writing if I could not verify an attorney's name and phone number.

9. This was my standard practice with all detainees.

10. I always identified Plaintiff Fotoohighiam's attorneys' names and phone numbers – that I was able to verify as licensed attorneys – as "non-recordable" in the Boone County Jail

calling system.

11. I never knowingly or purposefully intercepted or recorded Plaintiff Fotoohighiam's attorney-client phone calls.

12. I never knowingly or purposefully gave or disseminated any recordings of Plaintiff Fotoohighiam's attorney-client phone calls to third parties.

13. I never prevented Plaintiff Fotoohighiam from contacting his attorneys.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

STATE OF Missouri )
) ss.
COUNTY OF Boone )

I, Jennifer Atwell, being duly sworn on oath state that the above and foregoing Affidavit is true and correct to the best of my knowledge, information, and belief.

[signature]
**JENNIFER ATWELL**

The foregoing Affidavit was subscribed and sworn to before me this 1 day of October, 2026.

[signature]
Notary Public

My commission expires:

ALICIA A KOETTING
Notary Public - Notary Seal
State of Missouri
County of Boone
My Commission Expires: Feb. 28, 2029
Commission # 21642195