**AFFIDAVIT OF MATT VESSAR**

COMES NOW, Matt Vessar and provides the following Affidavit in support of his Motion for Summary Judgment.

1. My name is Matt Vessar, and I have personal, first-hand knowledge of the facts set forth in this Affidavit, and I am competent to testify on the matters stated in this Affidavit.

2. I am currently employed as a Detective with the Boone County Sheriff's Department.

3. I have worked at the Boone County Sheriff's Department since April 2013.

4. In November 2014, I became a Detective at the Boone County Sheriff's Department.

5. Plaintiff Mehrdad Fotoohighiam was a detainee in the Boone County Jail during my time working at the Boone County Sheriff's Department.

6. Plaintiff Fotoohighiam never gave me a list of attorneys' names and phone numbers to identify as "non-recordable" in the Boone County Jail calling system.

7. I was not involved with designating Plaintiff Fotoohighiam's attorneys' names and phone numbers as "non-recordable" in the Boone County Jail calling system.

8. I never knowingly or purposefully intercepted or recorded Plaintiff Fotoohighiam's attorney-client phone calls.

9. I never knowingly or purposefully gave or disseminated any recordings of Plaintiff Fotoohighiam's attorney-client phone calls to third parties.

10. I never prevented Plaintiff Fotoohighiam from contacting his attorneys.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

STATE OF Missouri )
) ss.
COUNTY OF Boone )

I, Matt Vessar, being duly sworn on oath state that the above and foregoing Affidavit is true and correct to the best of my knowledge, information, and belief.

#5862

**MATT VESSAR**

The foregoing Affidavit was subscribed and sworn to before me this 30th day of September, 2026.

Notary Public

My commission expires:

LISA RENEE VICKERY
Notary Public - Notary Seal
State of Missouri
County of Boone
My Commission Expires: June 11, 2027
Commission # 23399830