IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| **MEHRDAD FOTOOHIGHIAM**<br><br>**Plaintiff,**<br>**v.**<br><br>**THE CITY OF COLUMBIA, MISSOURI, et al.,**<br><br>**Defendants.** | ) | **Case No. 2:24-cv-04182-MDH** |

**ORDER**

Before the Court is Defendant Inmate Calling Solutions, LLC's ("ICSolutions") motion for sanctions under Rule 11 of the Federal Rules of Civil Procedure. (Doc. 186). ICSolutions contends that an affidavit by Brendan Philbin, ICSolutions' Vice President of Technology, establishes that the majority of the infractions alleged by Plaintiff occurred outside of the period that ICSolutions was involved with Boone County Jail. Thus, according to ICSolutions, Plaintiff's factual allegations against it lack any evidentiary foundation, warranting sanctions under Fed. R. Civ. P. 11(c). ICSolutions' preferred sanction is its voluntary dismissal from this action pursuant to Fed. R. Civ. P. 41(a).

The Court will consider the affidavit of Brendan Philbin in any dispositive motion filed by ICSolutions. ICSolutions' motion for sanctions is **DENIED**.

**IT IS SO ORDERED**.
Dated: October 16, 2026

*/s/ Douglas Harpool*
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**